UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS HORTON,<br><br>        Petitioner,<br><br>v.<br><br>MARTIN DRAGOVICH, *et al.*,<br><br>        Respondent. | CIVIL ACTION<br><br>NO. 09-3823 |

**ORDER**

**AND NOW**, this 13th day of October, 2010, for the reasons provided in the accompanying memorandum, it is **ORDERED** that petitioner Dennis Horton's motion for relief from judgment (docket no. 1) is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak, J.
Pollak, J.